# United States Bankruptcy Court
## Eastern District of Tennessee

IN RE:  Case No. _____

Smith, Michael Andrew  Chapter 7

Debtor(s)

## DISCLOSURE OF COMPENSATION OF BANKRUPTCY PETITION PREPARER

1. Pursuant to 11 U.S.C. § 110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For document preparation services, I have agreed to accept .................................................. $ 50

   Prior to the filing of this statement I have received ............................................................. $ 0

   Balance Due .......................................................................................................................... $ 50

2. I have prepared or caused to be prepared the following documents (itemize):
   Voluntary Petition
   Exhibit "D" to Voluntary Petition [Debtor]
   Summary of Schedules
   Schedule A - Real Property
   Schedule B - Personal Property
   Schedule C - Property Claimed as Exempt
   Schedule D - Creditors Holding Secured Claims
   Schedule E - Creditors Holding Unsecured Priority Claims
   Schedule F - Creditors Holding Unsecured NonPriority Claims
   Schedule G - Executory Contracts and Unexpired Leases
   Schedule H - Codebtors
   Schedule I - Current Income of Individual Debtor(s)
   Schedule J - Current Expenditures of Individual Debtor(s)
   Declaration Concerning Debtor's Schedules
   Statement of Social Security Number(s)
   Statement of Financial Affairs
   Chapter 7 Individual Debtor's Statement of Intention
   Notice to Debtor by Non-Attorney Bankruptcy Petition Preparer
   Verification of Creditor Matrix
   Creditor Matrix
   Notice to Consumer Debtors Under §342(b) of the Bankruptcy Code
   Certification of Notice to Consumer Debtors Under §342(b) of the Bankruptcy Code
   Disclosure of Compensation of Bankruptcy Petition Preparer
   Application and Order to Pay Filing Fee in Installments
   Chapter 7 Statement of Current Monthly Income and Means Test Calculation

   and provided the following services:

3. The source of the compensation paid to me was: ☒ Debtor

4. The source of compensation to be paid to me is: ☒ Debtor

5. The foregoing is a complete statement of any agreement or arrangement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case.

6. To my knowledge no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below:

   NAME: _____  SSN: _____

X  *Barbara Miller* (Signature)

**Barbara Miller**
Printed name and title, if any, of Bankruptcy Petition Preparer

Address: **2402 Country Club Drive**

**Pearland, TX 77581**

SOCIAL SECURITY NUMBER
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   11/23/2010
Social Security number of bankruptcy petition preparer. (If bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)  Date

DEC - 1 2010
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE

A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only