SO ORDERED.

SIGNED this 07 day of December, 2010.

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



_____
Richard Stair Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE

In re

MICHAEL ANDREW SMITH

Case No. 10-35760

Debtor

**O R D E R**

The court, on its own motion, directs that the Bankruptcy Petition Preparer, Barbara Miller, within ten (10) days, file an amended Notice to Debtor by Non-Attorney Bankruptcy Petition Preparer that contains her handwritten signature. Although Ms. Miller signed the declaration accompanying this document, she did not sign the notice provisions.

###