**SO ORDERED.**

**SIGNED this 07 day of December, 2010.**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**



_____
Richard Stair Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE

In re

MICHAEL ANDREW SMITH

Case No. 10-35760

Debtor

**O R D E R**

The court, on its own motion, directs that the Debtor, within ten (10) days, amend the following documents filed on December 1, 2010, by filing amended documents containing his handwritten signature: the Notice to Consumer Debtor(s) Under §342(b) of the Bankruptcy Code; the Chapter 7 Individual Debtor's Statement of Intention; Exhibit D - Individual Debtor's Statement of Compliance [With] Credit Counseling Requirement; and the Application to Pay Filing Fee in Installments.

Because the Debtor failed to file or attach to Exhibit D - Individual Debtor's Statement of Compliance [With] Credit Counseling Requirement the certificate evidencing his completion of the prepetition credit counseling briefing required by 11 U.S.C. § 109(h)(1), the court further directs that he file the certificate within ten (10) days.

###