**SO ORDERED.**

**SIGNED this 20 day of December, 2010.**
THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



_____
Richard Stair Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE

In re

MICHAEL ANDREW SMITH

Case No. 10-35760

Debtor

## O R D E R

Upon the failure of the Debtor to comply with the court's Order entered on December 8, 2010, directing him to amend, within ten (10) days, certain documents that did not contain his handwritten signature, and upon failure of the Debtor to file the amended documents and to file the certificate evidencing his completion of the prepetition credit counseling briefing required by 11 U.S.C. § 109(h)(1), the court directs that the Debtor appear on January 6, 2011, at 9:00 a.m., in Bankruptcy Courtroom 1-C, First Floor, Howard H. Baker, Jr. United States Courthouse, Knoxville,

Tennessee, to show cause why this Chapter 7 bankruptcy case should not be dismissed for failure to comply with the court's order and because the Debtor is not eligible to be a debtor under Title 11.

###